Name: Richard G. Washington, D.O.C. # 41756
Address: Montana State Prison, 700 Conley Lake Road
Deer Lodge, MT 59722
Phone: N/A

Petitioner, Pro Se
(or Attorney for Petitioner)

**RECEIVED**

MONTANA, _____U.S._____ ~~JUDICIAL~~ DISTRICT COURT
_____Silver Bow_____ County

AUG 0 6 2014

Clerk, U.S. District Court
District Of Montana
Missoula

Richard G. Washington )
  Petitioner )
 )  Cause No. _____
vs. )
 )  **COMPLAINT**
Dr. Peter Edwards, M.D. )
  Respondent )

COMES NOW the Plaintiff, Richard G. Washington, and respectfully states the following:

1. Plaintiff is unable to afford counsel.
2. Plaintiff's imprisonment will greatly limit his ability to litigate.
3. A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence....

THEREFORE the Plaintiff respectfully asks this Court to grant him the following:

1. Attorney for Petitioner (Court appointed cousel)
2.
3.

STATE OF MONTANA
                :ss
County of Powell

Richard G. Washington being first duly sworn, upon oath, deposes and says as follows: I am the Plaintiff in the foregoing complaint. I have read the foregoing Complaint and the facts and matters contained therein are true, correct and complete to the best of my knowledge and belief.

_Richard G. Washington_
Plaintiff

SUBSCRIBED AND SWORN to before me this _August_ day of _6_, 20_14_.

(SEAL)

_IRI Lambertson_
Notary Public for the State of Montana
Residing at _Butte_, Montana
My commission expires _2-11-16_

IRI LAMBERTSON
NOTARY PUBLIC for the
State of Montana
Residing at Butte, Montana
My Commission Expires
February 11, 2016

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

_Butte_ **DIVISION**
(You must fill in this blank. See Instruction 7)

(Full name of Plaintiff and prisoner number, if any)

Plaintiff,
Richard Gene Washington, D.O.C #41756

vs.

Dr. Peter Edwards, M.D., Psychiatrist

(Full name of each defendant as listed in the Parties section on page 5. Do not use et. al.)

Defendants.

**COMPLAINT**

Jury Trial Demanded ☑
Jury Trial Not Demanded ☐

## INSTRUCTIONS

1. Use this form to file a civil complaint with the United States District Court for the District of Montana. Include only counts/causes of action and facts – not legal arguments or citations. You may attach additional pages where necessary. Your complaint must be typed or legibly handwritten in ink and on white paper. Write on only one side of the paper. Do not use highlighters and do not staple or otherwise bind your papers. All pleadings and other papers submitted for filing must be on 8 ½" x 11" paper (letter size). You must sign the complaint (see page 8). Your signature need not be notarized but it must be an original and not a copy. The Clerk's Office cannot provide you copies of documents in your file without prepayment of $0.10 per page (for documents electronically available) or $0.50 (for documents not electronically available). Please keep a copy of the documents you send to the Court.

2. The filing fee for a complaint is $350.00 plus a $50.00 administrative fee for a total of $400.00. This amount is set by Congress and cannot be changed by the Court. If you pay the filing fee, you will be responsible for serving the complaint on each defendant and any costs associated with such service.

3. If you are unable to prepay the entire filing fee and service costs for this action, you may file a motion to proceed in forma pauperis. If you are a prisoner and your motion to proceed in forma pauperis is granted, the Court will assess an initial partial filing fee equal to 20% of the average monthly deposits to your prison account for the six months immediately preceding the filing of the action, or 20% of the average monthly balance in your prison account for the same six month period, whichever is greater. Thereafter, the balance of the $350.00 filing fee will be collected in installments equal to 20% of your preceding month's income any time the amount in your account exceeds $10.00. The $50.00 administrative fee does not apply to persons granted *in forma pauperis* status. You will be required to continue making these payments even if you complaint is dismissed.

4. Complaints submitted by persons proceeding in forma pauperis and complaints submitted by prisoners suing a governmental entity or employee must be reviewed by the Court before the defendants are required to answer. *See* 28 U.S.C. §§ 1915(e)(2), 1915A(a); 42 U.S.C. § 1997e(c). The Court will dismiss your complaint before it is served on the defendants if: (1) your allegation of poverty is untrue; (2) the action is frivolous or malicious; (3) your complaint does not state a claim upon which relief may be granted; or (4) you sue a defendant for money damages and that defendant is immune from liability for money damages. After the Court completes the review process, you will receive an Order explaining the findings and any further action you may or must take. The review process may take a few months; each case receives the judge's individual attention. Plaintiffs should not serve defendants, pursue discovery, or request entry of default judgment prior to the completion of this review process.

5. Prisoners who have had three or more cases dismissed as frivolous, malicious, or failing to state a claim upon which relief may be granted (strikes) will not be permitted to file any further civil actions without prepaying the filing fee unless they are in imminent danger of serious harm. See 28 U.S.C. § 1915(g).

6. Prisoners may not maintain more than two civil actions in forma pauperis at one time, unless the prisoner shows that he or she is under imminent danger of serious physical injury.

7. The case caption (page 1 of this form) must indicate the proper Division for filing. The proper Division is where the alleged wrong(s) occurred. When you have completed your complaint, mail the *original* of your complaint and either the full filing fee or your motion to proceed in forma pauperis to the proper Division:

Billings Division:   *Big Horn, Carbon, Carter, Custer, Dawson, Fallon, Garfield, Golden Valley, McCone, Musselshell, Park, Petroleum, Powder River, Prairie, Richland, Rosebud, Stillwater, Sweetgrass, Treasure, Wheatland, Wibaux, and Yellowstone Counties*
**U.S. District Court Clerk, James F. Battin Courthouse,
2601 2nd Avenue North, Suite 1200, Billings, MT 59101**

Plaintiff's Last Name  Washington

*Complaint (Revised May 2013)
Page 2 of 8*

Butte Division: *Beaverhead, Deer Lodge, Gallatin, Madison, and Silver Bow Counties*
**U.S. District Court Clerk, Mike Mansfield Courthouse, 400 N. Main, Butte, MT 59701**

Great Falls Division: *Blaine, Cascade, Chouteau, Daniels, Fergus, Glacier, Hill, Judith Basin, Liberty, Phillips, Pondera, Roosevelt, Sheridan, Teton, Toole, and Valley Counties* **(Crossroads Correctional Center is located in Toole County and all claims arising at CCC should be filed in Great Falls)**
**U.S. District Court Clerk, Missouri River Courthouse, 125 Central Ave. West, Great Falls, MT 59404**

Helena Division: *Broadwater, Jefferson, Lewis & Clark, Meagher, and Powell Counties* **(Montana State Prison is located in Powell County and all claims arising at MSP should be filed in Helena)**
**U.S. District Court Clerk, Paul G. Hatfield Courthouse, 901 Front St., Ste 2100, Helena, MT 59626**

Missoula Division: *Flathead, Granite, Lake, Lincoln, Mineral, Missoula, Ravalli, and Sanders Counties*
**U.S. District Court Clerk, Russell Smith Courthouse, P.O. Box 8537, Missoula, MT 59807**

# COMPLAINT

## I. PLACE OF CONFINEMENT

A. Are you incarcerated?     Yes ☒     No ☐  (if No, go to Part II)

B. If yes, where are you currently incarcerated?
   Montana State Prison

C. If any of the incidents giving rise to your complaint occurred in a different facility, list that facility:

## II. JURISDICTION

Jurisdiction is asserted under (CHECK ANY THAT APPLY):

✓ 28 U.S.C. § 1331 because it raises a civil rights claim against a state or local government employee or entity under 42 U.S.C. § 1983

___ 28 U.S.C. § 1331 because it raises a claim against a federal employee under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)

___ 28 U.S.C. § 1332 (diversity) because all the defendants live in a different state than plaintiff

If you wish to assert jurisdiction claim under different statutes, list them below.

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Non-Prisoners
   1. Does any cause of action alleged in this complaint require you to exhaust administrative remedies before filing in court? Yes ☐ No ☐ Don't Know ☐

   2. If yes, have you exhausted your administrative remedies? Yes ☐   No ☐

B. Prisoners (If other institutions listed in I(C) above, answer for each institution).
   1. Did you fully exhaust the administrative grievance process within the jail or prison where the incidents at issue occurred?   Yes ☑   No ☐

   2. If you did not fully exhaust the grievance process, explain why:

(**NOTE**: Prisoners must exhaust their jail/prison's grievance process. Proper exhaustion requires compliance with the jail/prison's grievance deadlines and procedural rules.)

Plaintiff's Last Name Washington

*Complaint (Revised May 2013)*
*Page 4 of 8*

## IV. PARTIES TO CURRENT LAWSUIT

A. Plaintiff _Richard Washington_ is a citizen of _Montana_,
(State)
presently residing at _Montana State Prison_.
(Mailing address or place of confinement)

B. Defendant _Dr. Edwards_ is a citizen of _Montana_,
(State)
employed as _Mental Health Doctor_ at _Montana State Prison_.
(Position and Title, if any)    (Institution/Organization)

Defendant _____ is a citizen of _____,
(State)
employed as _____ at _____.
(Position and Title, if any)    (Institution/Organization)

Defendant _____ is a citizen of _____,
(State)
employed as _____ at _____.
(Position and Title, if any)    (Institution/Organization)

Defendant _____ is a citizen of _____,
(State)
employed as _____ at _____.
(Position and Title, if any)    (Institution/Organization)

Defendant _____ is a citizen of _____,
(State)
employed as _____ at _____.
(Position and Title, if any)    (Institution/Organization)

Defendant _____ is a citizen of _____,
(State)
employed as _____ at _____.
(Position and Title, if any)    (Institution/Organization)

(**NOTE**: If more space is needed to furnish the above information, continue on a blank sheet labeled "APPENDIX A: PARTIES").

Plaintiff's Last Name _Washington_

*Complaint (Revised May 2013)*
*Page 5 of 8*

## V. STATEMENT OF CLAIMS

A. Count I (State your cause of action, e.g., what constitutional rights have been violated): Eigth Amendment / My Right to be Free from Cruel and Unusual Punishment. My Right to Medical Care

Date of incident(s): Feb 20, 2013 / Mar 1, 2014 / Mar 11, 2014 / Mar 12, 2014 / May 30, 2014 / Mar 22, 2014 / April 8, 2014 / May 14, 2014 / June 17 July 10, 2014  2014

1. Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe what happened without citing legal arguments, cases, or statutes). Dr. Edwards has continuously neglected my mental health needs at Montana State Prison. Attached are my mental health kites, and the exhaustion of the grievance proceedure (with dates provided above).

    Dr. Edwards has also diagnosed me with "Malingering" which is basically saying that I am lying about my concerns and suffering. See Mental Health Request dated 5-30-14

2. Defendants Involved: (List the name of each defendant involved in this claim and specifically describe what each defendant did or did not do to allegedly cause your injury). Dr. Edwards is the #1 defendant. Edwards has constantly refused to formally evaluate my mental health needs and, my need for medication; Edwards evaluates my mental health condition according to my requests.

    Edwards also took me off my meds that were provided by doctors in the community: see attached medical documents.

(**NOTE**: For each additional claim, use a blank sheet labeled "APPENDIX B. STATEMENT OF CLAIMS." You must set forth two paragraphs for each count, one consisting of Supporting Facts (following the directions under V(A)(1)), and one consisting of Defendants Involved (following the directions under V(A)(2)).

Plaintiff's Last Name Washington

*Complaint (Revised May 2013)*
*Page 6 of 8*

## VI. INJURY

Describe the injuries you suffered as a result of each individual defendant's actions. (Do not cite legal arguments, cases, or statutes).

1) Having to suffer from 295.30 Schizophrenia has caused me to be afraid of other people, which makes it very difficult to hold or acheive employment, show up for medical appointments, get along with other people (which has affected my institutional disciplinary conduct and, I have to stay in solitary confinement most of the time).

2) I suffer from ADD, Inattentive Type and Major Depression wich makes it hard to concentrate and/or accomplish tasks (which causes disciplinary disorder; also causes self-mutilation); i.e., peeling away skin from nose, lips, etc

(**NOTE**: If more space is needed to furnish the above information, continue on a blank sheet labeled "APPENDIX C: INJURY").

## VII. REQUEST FOR RELIEF

Describe the relief you request. (Do not cite legal arguments, cases, or statutes).

1) Compensatory damages of $100,000 to compensate for the damages that has been done to my body from the self-mulilation; stress on my heart which is causing heart disease; wages I've lost; and for my pain and suffering; medical costs that I will have to pay for treatment in the community.

2) I'm also requesting $25,000 for relief of Mental or Emotional Injury.

(**NOTE**: If more space is needed to furnish the above information, continue on a blank sheet labeled "APPENDIX D: REQUEST FOR RELIEF").

Plaintiff's Last Name __Washington__

*Complaint (Revised May 2013)*
*Page 7 of 8*

APPENDIX C: INJURY

3) Another way I've been injured is that my mental health / physical health is detiorating daily. I may no longer be capable of maintaining employment or education.

4) All of the stress and physical pain has caused Mental or Emotional Injury

5) Dr. Ewards has also injured me by diagnosing me with "Malingering" without even formally evaluating me. This is making it extremely difficult to receive any mental health care at all. See Mental Health Request dated 5-30-14.

6) My mental health issues have come to the point that I am now considering suicide and, I'm becoming homicidal. But I know that it will not help any to contact Dr. Edwards or mental health staff at MSP. They consider me to be "Malingering."

APPENDIX D: Request For Relief

3) An Injunction: I request to be evaluated by an outside psychiatrist Injunctive Relief

## VIII. PLAINTIFF'S DECLARATION

A. I understand I must keep the Court informed of my current mailing address and my failure to do so may result in dismissal of this Complaint without notice to me.

B. I understand the Federal Rules of Civil Procedure prohibit litigants filing civil complaints from using certain information in documents submitted to the Court. In order to comply with these rules, I understand that:

- social security numbers, taxpayer identification numbers, and financial account numbers must include only the last four digits (e.g. xxx-xx-5271, xx-xxx5271, xxxxxxx3567);
- birth dates must include the year of birth only (e.g. xx/xx/2001); and
- names of persons under the age of 18 must include initials only (e.g. L.K.).

If my documents (including exhibits) contain any of the above listed information, I understand it is my responsibility to black that information out before sending those documents to the Court.

I understand I am responsible for protecting the privacy of this information.

C. I understand the submission of a false statement or answer to any question in this complaint may subject me to penalties for perjury. I declare under penalty of perjury that I am the Plaintiff in this action, I have read this complaint, and the information I set forth herein is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

D. (Prisoners Only) This Complaint was deposited in the prison system for legal mail, postage prepaid or paid by the prison, on

Executed at _Montana State Prison_ on _August 4_, 20_14_.
           (Location)                      (Date)

_Richard A. Washington_
Signature of Plaintiff

Plaintiff's Last Name _Washington_