UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| RICHARD GENE WASHINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>PETER EDWARDS, M.D.,<br><br>Defendant. | Case No. CV-14-052-H-DLC-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is DISMISSED.

    Dated this 6th day of October, 2016.

                                TYLER P. GILMAN, CLERK

                                By: /s/ D. Demato
                                Deputy Clerk